# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:03CR50-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| ) | |
| BRIDGET MILLER WILSON ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motion for a reduction of sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

Because the Court has no jurisdiction to reduce the Defendant's sentence except on motion from the Government,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reduction of sentence is hereby **DENIED.**

**Signed: November 14, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge