# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:03CR50-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| BRIDGET MILLER WILSON ) | |

**THIS MATTER** is before the Court *sua sponte* to amend the Amended Judgment filed February 23, 2005, to eliminate the requirement that the Defendant pay the cost of her court-appointed attorney. The Defendant was represented at her plea and sentencing hearings by retained counsel William D. McDowall, Jr.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court prepare an amended Judgment reflecting the deletion of the requirement for Defendant to pay the cost of her court-appointed attorney.

Signed: February 16, 2006

Lacy H. Thornburg
United States District Judge