# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

**CRIMINAL NO. 1:03CR50-3**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| BRIDGET MILLER WILSON ) | |

**THIS MATTER** is before the Court on the Defendant's motion for reduction of sentence, filed February 14, 2007.

Although the Defendant is commended for her efforts at rehabilitation, the Court has no jurisdiction to reduce or otherwise modify her sentence under the circumstances described in the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reduction of sentence is **DENIED**.

Signed: February 16, 2007

Lacy H. Thornburg
United States District Judge